IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOSEPH W. MARTIN,<br><br>　　　　　　*Plaintiff*,<br><br>v.<br><br>UNITED COLLECTION BUREAU, INC.,<br><br>　　　　　　*Defendant*. | Case No. 4:14-cv-804-JAR |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56(c) and Local Rule 7-4.01(E), Defendant, United Collection Bureau, Inc., submits its Motion for Summary Judgment on Count I of the Complaint. The reasons in support of the Motion are set forth in full in the accompanying memorandum.

WHEREFORE, Defendant, United Collection Bureau, Inc., by counsel, respectfully requests that the Court grant its Motion for Summary Judgment and enter an Order dismissing Plaintiff's Complaint with prejudice, and granting United Collection Bureau, Inc. any further legal or equitable relief that the Court deems appropriate.

Dated:  October 10, 2014　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　UNITED COLLECTION BUREAU, INC.


　　　　　　　　　　　　　　　　　　　　　　By:　  /s/ Danielle N. Twait　　　　　

　　　　　　　　　　　　　　　　　　　　　　Danielle N. Twait, #60690MO
　　　　　　　　　　　　　　　　　　　　　　TROUTMAN SANDERS LLP
　　　　　　　　　　　　　　　　　　　　　　55 W. Monroe St. #3000
　　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60603

        Telephone: (312) 759-5944
        Facsimile: (312) 759-1939
        Email: danielle.twait@troutmansanders.com

*Counsel for United Collection Bureau, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of October, 2014, I filed the foregoing via ECF filing and have also sent a copy via U.S. mail, addressed as follows:

Steven A. Donner
Matthew P. Cook
Aektra Legal, LLC
405 Washington Ave.
St. Louis, Missouri 63102
Telephone: (314) 231-7220 ext. 7750
Facsimile: (888) 785-4461
Email: steve.donner@aektralegal.com
Email: Cookmp21@yahoo.com

By: ___/s/ Danielle N. Twait_____

23600185v1